**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| EVELYN CAROLYN KIRBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: CV-08-32 |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO: Mr. Steven A. Martino
TAYLOR MARTINO KUYKENDALL
Post Office Box 894
Mobile, AL 36601

PLEASE TAKE NOTICE that the undersigned, as attorneys for defendants C. R. Bard, Inc. and Davol, Inc., have filed a notice in the United States District Court for the Southern District of Alabama, Southern Division, to remove the complaint in the above-styled cause from the Circuit Court of Baldwin County, Alabama, to the said United States District Court for the Southern District of Alabama, Southern Division.

Dated: January 17, 2008

Respectfully submitted,

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

Crawford S. McGivaren, Jr.
Melanie M. Atha
ATTORNEYS FOR DEFENDANT
DAVOL INC. AND DEFENDANT
C.R. BARD, INC.

OF COUNSEL:
Cabaniss, Johnston, Gardner, Dumas
& O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. Steven A. Martino
TAYLOR MARTINO KUYKENDALL
Post Office Box 894
Mobile, AL 36601

by placing the same in the United States mail, first class postage prepaid and properly addressed this 17 day of January, 2008.

BY: ______________________
OF COUNSEL