UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVELYN CAROLYN KIRBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: CV-08-32 |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., defendants in the above styled cause, pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: January 17, 2008

Respectfully submitted,

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

Crawford S. McGivaren, Jr.
Melanie M. Atha
ATTORNEYS FOR DEFENDANT
DAVOL INC. AND DEFENDANT
C.R. BARD, INC.

OF COUNSEL:
Cabaniss, Johnston, Gardner, Dumas
& O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. Steven A. Martino
TAYLOR MARTINO KUYKENDALL
Post Office Box 894
Mobile, AL 36601

by placing the same in the United States mail, first class postage prepaid and properly addressed this 11 day of January, 2008.

BY: ______________________
OF COUNSEL