**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| EVELYN CAROLYN KIRBY, Plaintiff, | ) | |
| v. | ) | Case No.: CV-08-32 |
| DAVOL INC. and C.R. BARD, INC., Defendants. | ) | |

## CERTIFICATE

I hereby certify that defendants C. R. Bard, Inc. and Davol, Inc. gave written notice to the plaintiff on the 17th day of January, 2008, of the filing in this Court on said date of the Notice of Removal in the above-styled cause. I further certify that a true and correct copy of said Notice of Removal is attached hereto and that a copy of the Notice of Removal was filed with the Clerk of the Circuit Court of Baldwin County, Alabama, on the 17th day of January, 2008.

Dated: January 17, 2008

Respectfully submitted,

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

Crawford S. McGivaren, Jr.
Melanie M. Atha
ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.

OF COUNSEL:
Cabaniss, Johnston, Gardner, Dumas
& O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. Steven A. Martino
TAYLOR MARTINO KUYKENDALL
Post Office Box 894
Mobile, AL 36601

by placing the same in the United States mail, first class postage prepaid and properly addressed this 17th day of January, 2008.

BY: ______________________
OF COUNSEL