**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EVELYN CAROLYN KIRBY** | * | |
| | * | |
| **PLAINTIFF** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 08-0032-BH-B** |
| | * | |
| **DAVOL, INC. and C.R. BARD, INC.** | * | |
| | * | |
| **DEFENDANTS** | * | |

**MOTION TO STAY**

COMES NOW the Plaintiff and moves this HONORABLE COURT to stay this case and the implementation and enforcement of the Federal Rules of Civil Procedure in the above styled and numbered cause of action. As grounds in support of this motion the Plaintiffs state as follows:

1.This action has been conditionally transferred to the United States District Court for the District of Rhode Island for consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407.

2. A copy of the Conditional Transfer Order is attached as exhibit 1.

3. Plaintiffs expect a transfer order to be entered in the near future.

4. No prejudice will result to any party by the granting of the stay.

WHEREFORE, premises considered, the Plaintiffs respectfully move the court to stay enforcement of the applicable Federal and Local rules pending the entry of the final transfer order and for such other relief as may be appropriate.

Respectfully submitted this 6th day of March, 2008

/s/Steven A. Martino, Esq.
STEVEN A. MARTINO (MAR057)
TAYLOR - MARTINO
Post Office Box 894
Mobile, AL 36601
(251) 433-3131 office
(251) 433-4207 fax

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Crawford S. McGivaren, Jr., Esq,
Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

/s/Steven A. Martino, Esq.
STEVEN A. MARTINO