# EXHIBIT 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 14 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-15)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 473 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**SCHEDULE CTO-15 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | | | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 5 | 08-98 | Carol Whelchel v. Davol, Inc., et al. |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 08-32 | Evelyn Carolyn Kirby v. Davol, Inc., et al. |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 08-126 | Jae Phoenix v. Davol, Inc., et al. |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 08-180 | Gerard Destin v. Davol, Inc., et al. |
| FLM | 8 | 08-222 | Jason M. Cohn v. Davol, Inc., et al. |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 07-703 | Jerrie O'Dell v. C.R. Bard, Inc., et al. |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 08-752 | Earl Ivey v. Davol, Inc., et al. |
| MINNESOTA | | | |
| MN | 0 | 08-192 | Brenda Stubstad v. Davol, Inc., et al. |
| MN | 0 | 08-309 | Kristina Ouverson v. Davol, Inc., et al. |
| OHIO NORTHERN | | | |
| OHN | 1 | 08-143 | Scott Beal v. Davol, Inc., et al. |
| PENNSYLVANIA EASTERN | | | |
| PAE | 5 | 08-560 | Jacqueline White v. Davol, Inc., et al. |
| TENNESSEE EASTERN | | | |
| TNE | 1 | 07-229 | Grace Murrey, et al. v. C.R. Bard, Inc., et al. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 08-317 | Jessie Ann Gifford v. Davol, Inc., et al. |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 2 | 08-59 | Frances Landers, et al. v. Davol, Inc., et al. |