**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| EVELYN CAROLYN KIRBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 08-0032-BH-B |
| DAVOL, INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This action is before the Court on plaintiff's motion (Doc. 4) to stay all proceedings in this Court in light of the Conditional Transfer Order now pending which is likely to result in the transfer of this action for consolidation with *In Re: Kugal Mesh Hernia Patch Products Liability Litigation*, MDL No. 1842. Upon consideration of the motion and the Conditional Transfer Order, the Court concludes and it is therefore **ORDERED** that plaintiff's motion is due to be and is hereby **GRANTED**. It is **FURTHER ORDERED**, however, that the plaintiff **FILE** a status report concerning the proceedings in the underlying state court case with this Court on the **second Tuesday of every month commencing May, 2008**.

**DONE** this 7th day of March, 2008.

s/ W. B. Hand
SENIOR DISTRICT JUDGE