CLOSED2008, R16MLD, STAYED

# U.S. District Court
# Southern District of Alabama (Mobile)
# CIVIL DOCKET FOR CASE #: 1:08−cv−00032−BH−B

Kirby v. Davol, Inc. et al
Assigned to: Senior Judge W. B. Hand
Referred to: Magistrate Judge Sonja F. Bivins
Cause: 28:1332 Diversity−Product Liability

Date Filed: 01/17/2008
Date Terminated: 03/11/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Evelyn Carolyn Kirby** represented by **Steven A. Martino**
Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
(251) 433−3131
Fax: (251) 433−4207
Email: stevemartino@taylormartino.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Crawford S. McGivaren, Jr.**
Cabaniss, Johnston, Gardner, Dumas &O'Neal
P.O. Box 830612
Birmingham, AL 35283−0612
(205) 716−5200
Email: csm@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Crawford S. McGivaren, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2008 | " 1 | NOTICE OF REMOVAL by Davol, Inc., C.R. Bard, Inc. from Circuit Court of Baldwin County, Alabama, case number CV−07−901004. ( Filing fee $ 350, Receipt number 1128000000000565673, Online Credit Card Payment.), filed by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Notice of Filing Notice of Removal, # 2 Corporate Disclosure, # 3 Certificate) (McGivaren, Crawford) (Additional attachment(s) added on 1/17/2008: # 4 Civil Cover Sheet) (srr). (Entered: 01/17/2008) |
| 01/24/2008 | " 2 | |

| | | |
|---|---|---|
| | | ANSWER to Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc.. (McGivaren, Crawford) (Entered: 01/24/2008) |
| 01/25/2008 | " 3 | PRELIMINARY SCHEDULING ORDER entered Rule 26 Meeting Report due by 3/10/2008. Signed by Magistrate Judge Sonja F. Bivins on 1/25/08. (Attachments: # 1 consent) (srr) (Entered: 01/25/2008) |
| 03/06/2008 | " 4 | MOTION to Stay by Evelyn Carolyn Kirby. (Attachments: # 1 Exhibit 1) (Martino, Steven) (Entered: 03/06/2008) |
| 03/07/2008 | " 5 | ORDER granting 4 Motion to Stay case; plaintiff shall file a status report concerning the proceedings in the underlying state court case on the second Tuesday of every month commencing May, 2008. Signed by Senior Judge W. B. Hand on 3/7/08. (srr) (Entered: 03/07/2008) |
| 03/11/2008 | " 6 | Conditional Transfer Order (MDL) from Rhode Island requesting transfer of action. Entire case file sent via CM/ECF to requesting District (srr) (Entered: 03/11/2008) |